IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02004-BNB

KALIFAH IMAM-MOHAMMAD MUSTAFA ABDULLAH,

    Plaintiff,

v.

WARDEN WILEY,
UNIT MANAGER COLLINS,
LT. JOHN MANLY,
C.O. HAM,
C.O. MANSPEAKER,
C.O. GREEN,
CHAPLIN DAVID LAW,
NURSE DOCK, and
CHARLES SWANSON, Individually and in Their Individual Capacity as Employees at
    ADX, USP-Max, P.O. BOX 8500, Florence, CO 81226-8500,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 5 2008

GREGORY C. LANGHAM
              CLERK

## ORDER OF DISMISSAL

Plaintiff Kalifah Imam-Mohammad Mustafa Abdullah is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Administrative-Maximum U.S. Penitentiary in Florence, Colorado. On September 3, 2008, Mr. Abdullah submitted to the Court a pleading titled "Writ of Jurisdiction." Magistrate Judge Boyd N. Boland reviewed the pleading and found that Mr. Abdullah was challenging the conditions of his confinement, that the action more properly is brought pursuant to **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971), and that he had failed to submit his claims on a Court-approved form. Mr. Abdullah also failed either to pay the $350.00 filing fee or, in the alternative,

to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Abdullah was instructed to file his claims on a Court-approved form and to submit a § 1915 Motion and Affidavit. He was warned that if he failed to cure the deficiencies within the time allowed the Complaint and action would be dismissed without further notice.

Mr. Abdullah now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies noted in the September 17, 2008, Order within the time allowed. The Court has reviewed the file, concurs with Magistrate Judge Boland's findings, and finds that the action should be dismissed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 4 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02004-BNB

Kalifah Imam-Mohammad Mustafa Abdullah
Reg. No. 00115-000
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/5/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk