IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02004-ZLW

KALIFAH IMAM-MOHAMMAD MUSTAFA ABDULLAH,

Plaintiff,

v.

WARDEN WILEY,
UNIT MANAGER COLLINS,
LT. JOHN MANLY,
C.O. HAM,
C.O. MANSPEAKER,
C.O. GREEN,
CHAPLIN DAVID LAW,
NURSE DOCK, and
CHARLES SWANSON, Individually and in Their Individual Capacity as Employees at
    ADX, USP-Max, P.O. BOX 8500, Florence, CO 81226-8500,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 25 2008

GREGORY C. LANGHAM
                        CLERK

ORDER DENYING MOTION TO RECONSIDER

At issue in the instant action is the *pro se* Motion filed by Plaintiff Kalifah Imam-Mohammad Ad Mustafa Abdullah, a federal prisoner currently held in a federal prison in the State of Colorado. Upon review of the Motion, the Court finds that Plaintiff is seeking reconsideration of the Court's November 5, 2008, dismissal of the instant action. Although, for the most part, the Motion is incomprehensible, it is clear that Plaintiff asserts prison staff confiscated his pencils, envelopes, stamps, and legal papers on October 15, 2008. The Court reads Plaintiff's pleadings as a request to reopen the Complaint and action.

The Court must construe the November 17, 2008, Motion liberally because Plaintiff is a **pro se** litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Motion will be treated as a Motion to Reconsider, and the Motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Plaintiff filed the Motion within ten days after the Judgment was entered in the instant action. The Court, therefore, will construe the Motion as a Motion to Reconsider filed pursuant to Rule 59(e). **See Van Skiver**, 952 F.2d at 1243.

In the November 5, 2008, Order of Dismissal, the Court dismissed the action because Plaintiff failed to cure the deficiencies noted in the September 17, 2008, Order. Plaintiff does not deny that he received the September 17, 2008, Order. Yet, in the Motion to Reconsider, even though he claims his legal papers were taken from him and not returned, he does not request additional forms, including the Prisoner Complaint form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Furthermore, he does not indicate that the forms were part of the legal papers that were taken from him.

Although the Court acknowledges Plaintiff had two days left in which to complete the necessary forms and file them with the Court when his property was taken from him, he does not allege that he informed the prison staff of his pending case and deadline

2

and still was denied access to any writing utensils or paper so that in the least he could have asked the Court for an extension of time.

Upon consideration of the entire file, the Court finds and concludes that Plaintiff fails to demonstrate some reason why the Court should reconsider and vacate its decision to dismiss this action. Therefore, the Motion to Reconsider will be denied. Plaintiff is reminded that the Complaint and action were dismissed without prejudice. Plaintiff is able to initiate a new action if he so desires. Accordingly, it is

ORDERED that the Motion, (Doc. No. 5), filed November 17, 2008, is construed as a Motion to Reconsider, pursuant to Fed. R. Civ. P. 59(e), and is denied. It is

FURTHER ORDERED that the Clerk of the Court is directed to send to Plaintiff two copies each of the following Court-approved forms: Prisoner Complaint; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff may initiate a new action if he so desires.

DATED at Denver, Colorado, this 25 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02004-ZLW

Kalifah Imam-Mohammad Mustafa Abdullah
Reg. No. 00115-000
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/26/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk